# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DAVID CHENEY,**

        **Plaintiff,**

**-vs-**                      **Case No. 6:06-cv-392-Orl-31KRS**

**HARTFORD LIFE & ACCIDENT INSURANCE COMPANY,**

        **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **DEFENDANT'S MOTION TO STRIKE JURY DEMAND (Doc. No. 10)**
>
> **FILED:** April 7, 2006
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

The motion fails to comply with Middle District of Florida Local Rule 3.01(g).

**DONE** and **ORDERED** in Orlando, Florida on April 20, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties